UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

**ELSIE E. DOMINGUEZ,**
  *Plaintiff,*

v.

**UNITED STATES OF AMERICA,**
  *Defendant.*

**CASE NO.
3:23−CV−22724−GC−JBD**

## ORDER FOR ADMISSION PRO HAC VICE

 The motion of Shannon Henris, for admission to practice Pro Hac Vice in the above captioned action is granted.

 Applicant has declared that she is a member of good standing in the bar of Washington, D.C.; and that her contact information is as follows:

 Applicant's Name: Shannon Henris

 Firm Name: Sanford Heisler Sharp, LLP

 Address: 700 Pennsylvania Avenue SE, Suite 300, Washington, DC 20003

 Telephone: (202) 499-5221

 Facsimile: (202) 499-5199

 Email: shenris@sanfordheisler.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, Elsie E. Dominguez, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the District of New Jersey. All attorneys appearing before this Court are subject to Local Rules of this Court, including Rules governing discipline of attorneys; and it is further

**ORDERED** that Shannon Henris shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Shannon Henris shall make payment of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3), within twenty (20) days from the date of the entry of this Order.

Dated: January 11, 2024

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE