PHILIP R. SELLINGER
United States Attorney
JOHN STINSON
Assistant United States Attorney
401 Market Street, 4th Floor
Camden, NJ 08101
856-757-5139
John.Stinson@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ELSIE E. DOMINGUEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | Hon. Georgette Castner, U.S.D.J.<br>Hon. J. Brendan Day, U.S.M.J.<br><br>Civil Action No. 23-cv-22724 (GC)(JBD)<br><br>**APPLICATION FOR 14-DAY CLERK'S EXTENSION PURSUANT TO L. Civ. R. 6.1(b)** |

To: Melissa E. Rhoads, Esq.
Clerk of Court

The United States of America ("Defendant") hereby applies, pursuant to Local Civil Rule 6.1(b), for a Clerk's Order extending the time in which the Defendant may answer, move, or otherwise respond to the Complaint filed by Plaintiff Elsie E. Dominguez, until Monday, February 12, 2024, and represents that:

1. The U.S. Attorney's Office for the District of New Jersey received hand delivery of a summons and copy of the Complaint in this action on November 30, 2023, which established the date for Defendant to answer, move, or otherwise respond to the Complaint as Monday, January 29, 2024.

2. Defendant has not sought an extension of time to respond to the Complaint prior to this application.

3. The 14-day Clerk of Court's extension pursuant to Local Civil Rule 6.1(b) would extend Defendant's response date to Monday, February 12, 2024.

4. Defendant expressly reserves the right to contest jurisdiction, venue, and service of process.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

Dated: January 29, 2024

By: */s/ John Stinson*
JOHN STINSON
Assistant United States Attorney

ORDER

Defendant United States of America's application for a Clerk's extension pursuant to Local Civil Rule 6.1(b) is GRANTED this ___ day of January, 2024, and the date for Defendant to answer, move or otherwise respond to the Complaint is extended to Monday, February 12, 2024.

MELISSA RHOADS, ESQ.
Clerk of Court

By: ____________________________
Deputy Clerk